AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Iowa
**Received**
**U.S. Marshals Service**
**Southern District of Iowa**
**4:42 pm, Oct 25 2022**

| | |
|---|---|
| United States of America<br>v.<br><br>Ernest Ray Roberts, Jr.<br><br>*Defendant* | Case No. 1:22-cr-00057 |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Ernest Ray Roberts, Jr., who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Possession of child pornography, in violation of Title 18, U.S.C. §§ 2252(a)(4)(B) and 2252(b)(2)

Date: 10/25/2022

WARRANT ISSUED
JOHN S. COURTER, Clerk
By: *[signature]*
DEPUTY CLERK

*Issuing officer's signature*

City and state: Council Bluffs, Iowa

Stephen H. Locher, U.S. District Court Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 10/31/2022, and the person was arrested on *(date)* 11/07/2022 at *(city and state)* Sarpy County, NE.

Date: 11/07/2022

*Ken Csipo*
*Arresting officer's signature*

Kenneth Csipo, Deputy U.S. Marshal
*Printed name and title*