# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF IOWA

### Report on Defendant Under Pretrial Supervision

**Name of Defendant:** Ernest Ray Roberts Jr.    **Case Number:** 1:22-cr-00057-001

**Name of Judicial Officer:** Helen C. Adams, Chief U.S. Magistrate Judge

**Charge:** Title 18 U.S.C. § 2252 (b)(2) – Possession of Child Pornography

**Placed on Bond:** November 14, 2022

**Type of Bond:** Personal Recognizance

**Trial Date:** March 6, 2023

**Assistant U. S. Attorney:** Shelly M. Sudmann    **Defense Attorney:** Michael F. Maloney

## PETITIONING THE COURT

The defendant has not complied with the following condition of Pretrial supervision:

| Violation | Nature of Noncompliance |
|---|---|
| 1. Failure to abide by Location Monitoring program rules | a. On December 25, 2022, the defendant left his house during an unauthorized time, and he did not request permission from the probation officer prior to leaving. |
| | b. The defendant expressed that there were too many people in his residence for the holiday, and he chose to leave early for work. He was scheduled later in the day for work, and it was verified that he did go directly to his place of employment. |

**U. S. Probation Officer Action:**

This officer verbally reprimanded the defendant for leaving the residence without permission. The defendant, and this officer, identified other ways he could have addressed his anxiety and remain in compliance with his conditions of release. In addition, he was encouraged to complete his mental health assessment with Great Plains Counseling within the next week.

**Background Information:**

The defendant and this officer have discussed the importance of providing accurate information on his schedules while involved in the location monitoring program. The defendant was previously reminded to abide by his location monitoring conditions. Specifically, he was advised to follow his approved schedule and not make any unauthorized stops. This is the defendant's first violation while on pretrial supervision.

Respectfully submitted,

By  *Jennifer Reynolds*

Jennifer Reynolds

U.S. Probation Officer
Date: December 28, 2022

**The Probation Office recommends that no further action be taken at this time.**

The United States Attorney's Office:

☒ Does not object to the proposed action.

☐ Objects but does not request a formal hearing be set.

☐ Objects and will petition the Court requesting that a formal hearing be set.

AUSA: Shelly Sudmann    Signature: *[signed]*

☐ No further action is needed

☐ Submit a request for modification of the condition or term of supervision.

☐ Submit a request for warrant or summons.

☐ Other: _____

**Signature of Judicial Officer**

**Date**